No. 01–1566.  HAWKINS, INDIVIDUALLY, AND AS TRUSTEE, HAWKINS FAMILY TRUST v. VASTAR RESOURCES, INC., *ante*, p. 934.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.